UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-CR-00265 |
| VERSUS | * | JUDGE DRELL |
| NEMER ABUELOUF (02) | * | MAG. JUDGE WHITEHURST |

## REPORT AND RECOMMENDATION ON
## FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant on October 4, 2017. Defendant was present with his counsel, Valerie G. Garrett.

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his guilty plea to Count 1 of the Bill of Information is knowing and voluntary, and that his guilty plea is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Nemer Abuelouf, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Nemer Abuelouf be finally adjudged guilty of the offense charged in Count 1 of the Bill of Information.

The defendant has waived his right to file an objection to the Report and Recommendation.

**THUS DONE AND SIGNED** in chambers at Lafayette, Louisiana this 10th day of October, 2017.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**